

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

     - v. -                      :    08 Cr.

MIGUEL MARTINEZ,                  :    **08 CRIM 483**

     Defendant.                  :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about April 8, 2008, in the Southern District of New York, MIGUEL MARTINEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 5, 1993, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 110/220.39, a Class C Felony, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .30 carbine Universal Firearms Corp. semi-automatic rifle, and ammunition, to wit, five .30 carbine bullets, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO

The Grand Jury further charges:

2. On or about January 7, 2008, in the Southern District of New York and elsewhere, MIGUEL MARTINEZ, the

defendant, unlawfully, willfully, and knowingly, did transport in interstate commerce a motor vehicle knowing the motor vehicle to have been stolen, to wit, MARTINEZ transported a 2008 Chevrolet Impala from New Jersey to New York knowing that it had been stolen.

(Title 18, United States Code, Sections 2312 and 2.)

### COUNT THREE

The Grand Jury further charges:

3. On or about January 15, 2008, in the Southern District of New York and elsewhere, MIGUEL MARTINEZ, the defendant, unlawfully, willfully, and knowingly, did transport in interstate commerce a motor vehicle knowing the motor vehicle to have been stolen, to wit, MARTINEZ transported a 2006 BMW X-3 from New Jersey to New York knowing that it had been stolen.

(Title 18, United States Code, Sections 2312 and 2.)

_____                    _____
FOREPERSON                                    MICHAEL J. GARCIA
                                              United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIGUEL MARTINEZ,

              Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 922(g)(1), 2312 and 2)

              MICHAEL J. GARCIA
             United States Attorney.

A TRUE BILL

                            Foreperson.