USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     ORDER

       -v-                       :     08 CR. 483 (RJS)

MIGUEL MARTINEZ,                  :

       Defendant.                :

- - - - - - - - - - - - - - - - - - -X

    Upon the application of the United States of America, by and through Michael J. Garcia, United States Attorney, Glen Kopp, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from July 28, 2008 to August 12, 2008 AT 3PM.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the Government and counsel for the defendant to discuss a possible disposition. Accordingly, it is further ORDERED that the time between June 28, 2008 and August 13, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       July 28, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE